# United States District Court
# For The Western District of North Carolina
# Statesville Division

SHAUN A. POSTON,

       Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                        CASE NO. 5:06CV142-3-MU

GRETCHEN C. F. SHAPPERT,
JIM PENDERGRAPH, MARK P. FOSTER, JR.,

       Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 9, 2006, Order.

                                        Signed: November 9, 2006

*/s/ Frank G. Johns*

Frank G. Johns, Clerk
United States District Court